Timothy A. Adams, Bar No. 213896
tadams@edattorneys.com
Brent W. Caldwell, Bar No. 228950
bcaldwell@edattorneys.com
**ROBERTS & ADAMS**
18377 Beach Boulevard, Suite 322
Huntington Beach, CA 92648
Telephone:  (714) 698-0239
Facsimile: (714) 698-0243

Attorneys for Plaintiffs
Phillip Tran, Jessica Nguyen and their minor child, A.T.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP TRAN, JESSICA NGUYEN and A.T.<br><br>PLAINTIFFS,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, CALIFORNIA STATE OFFICE OF ADMINISTRATIVE HEARINGS, TREVOR SKARDA IN HIS OFFICIAL CAPACITY AS ADMINISTRATIVE LAW JUDGE, JUDITH KOPEC IN HER OFFICIAL CAPACITY AS ADMINISTRATIVE LAW JUDGE, CLOVIS UNIFIED SCHOOL DISTRICT, JANET VAN GELDER, IN HER OFFICIAL CAPACITY AS SPECIAL EDUCATION LOCAL PLAN AREA DIRECTOR FOR THE DISTRICT, INCLUSIVE.<br><br>DEFENDANTS. | CASE NO.:  1:06-CV-00103-REC-LJO<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>**Judge:  Robert Coyle** |

NOTICE is hereby given that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above captioned action with prejudice.

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED:   May 26, 2006                    ROBERTS & ADAMS

3                                            By:___/s/_____

5                                            Brent W. Caldwell, Esq.
6                                            Attorneys for Plaintiffs

10 Dated:____June 1, 2006_          _____/s/ ROBERT E. COYLE____
11                                            United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 18377 Beach Boulevard, Suite 322, Huntington Beach, California 92648.

On **May 26, 2006**, I served the foregoing document described as **NOTICE OF VOLUNTARY DISMISSAL** [along with the Exhibits themselves] to be served on the interested parties in this action **[X]** by placing **[ ]** the original **[X]** a true copy thereof enclosed in a sealed envelope addressed as stated below:

**[X] VIA MAIL**

Susan Leach, Esq.
Office of the Attorney General
300 S. Spring Street
Los Angeles, CA 90013

Gabriel Vivas
Deputy General Counsel
California Department of Education
1430 N Street, Suite 5319
Sacramento, CA 95814

Amy R. Levine, Esq.
Miller, Brown & Dannis
71 Stevenson Street, Suite 1900
San Francisco, CA 94105

**[ ]** I deposited such envelopes in the mail at **Huntington Beach, California**.

**[X]** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[ ] BY FACSIMILE**

 **[ ]  (State)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

 **[X]   (Federal)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 26, 2006, Huntington Beach, California.

_____
MYLINH NGUYEN

**-4-**
OPPOSITION TO OAH'S MOTION TO DISMISS
**Case No: 1:06-CV-00103-REC-LJO**

PDF created with pdfFactory trial version www.pdffactory.com